**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
MARK L. GENTILE, BAR NO. 2709.

No. 67602

**FILED**

MAY 0 1 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Mark L. Gentile, based on Gentile's conviction in Las Vegas Municipal Court, pursuant to a *nolo contendere* plea, of first-offense driving under the influence. Gentile informed bar counsel of his conviction. *See* SCR 111(2). Because Gentile's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The gravity of drinking and driving cannot be minimized; however, first-offense misdemeanor driving under the influence is not the type of offense for which professional discipline is typically imposed. *See* 2 Geoffrey C. Hazard, Jr., W. William Hodes & Peter R. Jarvis, *The Law of Lawyering* § 65.4 (3d ed. 2012); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993).

Accordingly, having considered the petition and the supporting documentation, we conclude that Gentile's offense does not

SUPREME COURT
OF
NEVADA

(O) 1947A

15-13313

warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    David A. Clark, Bar Counsel
State Bar of Nevada/Las Vegas
Gentile Law Group